

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2014

No. 04-14-00667-CV

Ramiro and Edna **RAMOS**, and Federico Salazar, Jr.,
Appellants

v.

**THE UNKNOWN HEIRS OF TOMASA GONZALEZ** and Narciso Gonzalez,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-09-559
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

The court reporter's record was originally due on November 3, 2014. On November 19, 2014, the court reporter filed a notification of late record stating that the reporter's record was not filed because appellants have not requested a reporter's record. If appellants desire a reporter's record to be filed in this appeal, they must request that a reporter's record be prepared. *See* TEX. R. APP. P. 34.6(b)(1).

Accordingly, if appellants desire a reporter's record, they are hereby ORDERED to (1) request in writing, no later than December 1, 2014, that a reporter's record be prepared and (2) designate in writing, no later than December 1, 2014, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellants are hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than December 1, 2014.

It is further ORDERED that appellants provide written proof to this court no later than December 1, 2014 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

If appellants fail to respond within the time provided, appellants' briefs will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellants' briefs that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2014.

Keith E. Hottle
Clerk of Court